450 A.2d 1052

Commonwealth v. Mountain, Appellant.
Petition for Allowance of Appeal
Denied March 3, 1983.

Argued April 28, 1982. Jay Stuart Nedell, for appellant; Shad Connelley, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BECK and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.